No. 82–492. SOLEM, WARDEN, SOUTH DAKOTA STATE PENITENTIARY v. HELM. C. A. 8th Cir. Motion of re-

spondent for leave to proceed *in forma pauperis* and certiorari granted. ▮